# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-00549 PA (SHKx) | Date | December 9, 2019 |
|---|---|---|---|
| Title | Vincent Troy Pina v. The City of Long Beach | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS - ORDER TO SHOW CAUSE

    The Court is in receipt of a Unilateral Rule 26(f) Report filed by defendant The City of Long Beach ("Defendant"). Pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 26, and this Court's October 22, 2019 Order Scheduling Meeting of Counsel and Setting Scheduling Conference (Dkt. No. 66), the parties are required to <u>jointly</u> file a scheduling report no less than fourteen days before the Scheduling Conference. The Court's October 22, 2019 Order further states that "**[t]he failure to submit a joint report in advance of the Scheduling Conference or the failure to attend the Scheduling Conference may result in the dismissal of the action, striking the answer and entering a default, and/or the imposition of sanctions.**"

    In Defendant's 26(f) Report, Defendant explains plaintiff Vincent Troy Pina ("Plaintiff") has been unresponsive, despite Defendant's several attempts to contact Plaintiff. (See Dkt. No. 68-1; Decl. M. Peters ¶¶ 5-6.) The Court orders **Plaintiff to show cause, in writing, no later than Monday December 23, 2019**, why the Court should not dismiss this action and/or impose sanctions for Plaintiff's failure to participate in the meeting of counsel or participate in the preparation of the timely filing of the Rule 26(f) Report.

    IT IS SO ORDERED.