JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT TROY PINA,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>THE CITY OF LONG BEACH, CA LONG BEACH CITY EMPLOYEE'S REPRESENTATIVES, AND/OR UNKNOWN AGENTS,<br><br>　　　　Defendants. | Case No.: 2:17-cv-00549 PA(SHKx)<br><br>Honorable Percy Anderson<br><br>**ORDER RE JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))**<br><br>Complaint Filed:　January 23, 2017 |

## **ORDER**

IT IS HEREBY ORDERED that the case is dismissed with prejudice pursuant to the terms of the parties' Stipulation to Dismiss with Prejudice Under F.R.C.P. 41(a)(1)(A)(ii)), and the terms of the parties' Release and Settlement of Claims.

DATED: January 31, 2020　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. PERCY ANDERSON
　　　　　　　　　　　　　　　　　United States District Judge

1
**[PROPOSED] ORDER RE: JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE (FRCP 41)**